IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jefferson, William<br>Jefferson, Patricia A<br>Printed: 7/22/08 | Case Number: 07 B 07004<br>Judge: Wedoff, Eugene R<br>Filed: 4/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 5, 2008
Confirmed: June 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,620.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,532.52 |
| Trustee Fee: | | 87.48 |
| Other Funds: | | 0.00 |
| Totals: | 1,620.00 | 1,620.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,424.00 | 1,532.52 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 416.26 | 0.00 |
| 5. | Chrysler Credit | Unsecured | 682.56 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 324.14 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 53.70 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 201.00 | 0.00 |
| 10. | Capital One | Unsecured | 32.67 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 131.09 | 0.00 |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | AT&T Wireless | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | CB USA | Unsecured | | No Claim Filed |
| 16. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 17. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 18. | KCA Financial Services | Unsecured | | No Claim Filed |
| 19. | KCA Financial Services | Unsecured | | No Claim Filed |
| 20. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 21. | America's Servicing Co | Unsecured | | No Claim Filed |
| 22. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,280.42 | $ 1,532.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jefferson, William<br>Jefferson, Patricia A<br>Printed: 7/22/08 | Case Number: 07 B 07004<br>Judge: Wedoff, Eugene R<br>Filed: 4/18/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 87.48 |
| | _____ |
| | $ 87.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

